Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JUDY CHERON BOYD-MOORE,<br><br>  Plaintiff,<br><br>  vs.<br><br>SHARED MEDICAL SYSTEMS LONG-TERM DISABILITY PLAN, CONTINENTAL CASUALTY COMPANY, and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>  Defendants. | Case No.: 2:07-CV-2224-GEB-GGH<br><br>**STIPULATION AND ORDER TAKING DISCOVERY HEARING OFF CALENDAR**<br><br>Date:      August 14, 2008<br>Time:      10:00 AM<br>Courtroom: No. 24<br><br>Mag. Judge: Hon. Gregory G. Hollows |

   Plaintiff JUDY CHERON BOYD-MOORE ("Plaintiff"), and Defendants SHARED MEDICAL SYSTEMS LONG-TERM DISABILITY PLAN, CONTINENTAL CASUALTY COMPANY, and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY by and through their respective counsel of record, hereby stipulate to the following: Defendants have agreed to pay the underlying long-term disability insurance claim that is the subject of this litigation.  The parties are currently trying to reach agreement on the proper dollar amount of the insurance benefits, interest, attorney's fees and costs that defendants owe plaintiff.  As the parties

**STIPULATION AND [PROPOSED] ORDER RE DISCOVERY HEARING (2:07-CV-2224-GEB-GGH)**

have reached agreement in principle on terminating this litigation, the discovery hearing currently set for August 14, 2008 should be taken off of the court's calendar.

IT IS SO STIPULATED.

DATED: August 7, 2008                THE LAW OFFICE OF STEVEN M. CHABRE


By:   /Steven M. Chabre/
   Attorney for Plaintiff
   JUDY CHERON BOYD-MOORE


DATED: August 7, 2008                WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP


By:   /Laura Fannon/
   Attorneys for Defendants
   SHARED MEDICAL SYSTEMS LONG-TERM DISABILITY PLAN, CONTINENTAL CASUALTY COMPANY, and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

## [PROPOSED] ORDER

PURSUANT TO STIPULATION and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

The discovery hearing currently set for August 14, 2008 at 10:00AM in this matter is taken off calendar.

Dated: 08/12/08         /s/ Gregory G. Hollows
                        Hon. Gregory G. Hollows
                        U.S. MAGISTRATE JUDGE

Boyd.ord

**STIPULATION AND [PROPOSED] ORDER RE DISCOVERY HEARING (2:07-CV-2224-GEB-GGH)**